JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE CANTU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADORAMA INC., a New York Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02907-SPG-E<br>Assigned to Judge Sherilyn Peace Garnett<br><br>**ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: April 18, 2023 |

The Court, having read and considered the joint motion for dismissal from Plaintiff Jesse Cantu and Defendant Adorama Inc., and good cause appearing therefor, hereby dismisses the instant action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure *with prejudice* as to Plaintiff and *without prejudice* as to the claims of the putative class.

Dated: September 15, 2023

_____
The Honorable Sherilyn Peace Garnett
Judge of the United States District Court